26cr58 JNE/JFD

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) **INDICTMENT** |
| Plaintiff, | ) 18 U.S.C. § 111(a)(1) |
| v. | ) |
| ANTHONY JAMES KAZMIERCZAK, | ) |
| Defendant. | ) |

THE UNITED STATES GRAND JURY CHARGES THAT:

### COUNT 1
(Assaulting a United States Officer)

On or about January 27, 2026, in the State and District of Minnesota, the defendant,

**ANTHONY JAMES KAZMIERCZAK**,

forcibly assaulted, opposed, impeded, intimidated, and interfered with a person designated in Section 1114 of Title 18, namely, an officer and employee of the United States and of any agency in any branch of the United States Government, to wit, United States Representative Ilhan Omar, while Representative Omar engaged in and on account of the performance of official duties, and such acts involved physical contact with Representative Omar, all in violation of 18 U.S.C. § 111(a)(1).

A TRUE BILL

_____   _____
UNITED STATES ATTORNEY         FOREPERSON

SCANNED
FEB 2 6 2026
U.S. DISTRICT COURT MPLS